IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF CLACKAMAS

In the Matter of the Marriage of:

BRITTANY KATHLEEN STEWART,

              Petitioner,

   and

MATTHEW CLARENCE STEWART,

              Respondent.

**CASE NUMBER: 18DR12406**

**GENERAL JUDGMENT**

**(DISSOLUTION OF MARRIAGE)**

**(Money Judgment)**

**(Stipulated)**

     This matter came before the court by way of a settlement between the parties as evidenced by their signatures on this General Judgment (Dissolution of Marriage) (Stipulated). The parties reached a full settlement of all issues pursuant to the attached Settlement Negotiations Pursuant to ORS 408 / ORS 40.190 and knowingly and voluntarily placed their signatures on this document. The parties present to the court this general judgment dissolving their marriage memorializing the mutually agreed upon settlement. Petitioner is represented by Shelly K. Perkins of Perkins Law, LLC. Respondent is represented by Bradford M. Gerke of Goldberg Jones. The court having been presented with this form of stipulated General Judgment (Dissolution of Marriage) (Stipulated), having reviewed the records and documents on file herein, and being fully advised in the premises, **makes the following findings:**

     1.    Petitioner shall hereinafter be referred to as Mother. Respondent shall hereinafter be referred to as Father.

///

**1**  GENERAL JUDGMENT (Dissolution of Marriage) (Money Judgment) (Stipulated)
Attorney for Petitioner
Shelly K. Perkins, OSB#971687
Perkins Law, LLC
10121 SE Sunnyside Road, Suite 160
Clackamas, OR 97015
Phone: (503) 683-2256 Fax: (503) 850-4014
shelly@perklegal.com

2.     Father and Mother have irreconcilable differences which have caused the irremediable breakdown of their marriage.

3.     The court has jurisdiction over Mother and Father.

4.     Mother and Father were married on November 5, 2008, in Maui, Hawaii.

5.     Mother is not now pregnant.

6.     There are two minor children of this marriage, namely Makayla Stewart, born in 2009, and Preston Stewart, born in 2011.  The minor children have lived in the state of Oregon with a parent for at least six months before the filing of this dissolution of marriage proceeding.  The above-entitled court has exclusive jurisdiction to make child custody determinations pursuant to the Uniform Child Custody Jurisdiction and Enforcement Act, ORS 109.700 et seq.

7.     The following factors have been taken into account in setting child support, which shall commence on February 1, 2019:

7.1     Father's gross monthly income is stipulated to be $10,000 per month.

7.2     Mother's gross monthly income is stipulated to be $1,733.33 per month.

7.3     Father's monthly payment of spousal support to Mother is $3,000 a month for 5 years.

7.4     There are no day care costs for the children.

7.5     Father currently insures the children at a cost of $429 for himself and $536 for the children per month.

2

GENERAL JUDGMENT (Dissolution of Marriage) (Money Judgment) (Stipulated)
Attorney for Petitioner
Shelly K. Perkins, OSB#971687
Perkins Law, LLC
10121 SE Sunnyside Road, Suite 160
Clackamas, OR  97015
Phone: (503) 683-2256  Fax: (503) 850-4014
shelly@perklegal.com

7.6    Mother currently insures herself at a cost of $400 per month.

7.7    Father has 160 overnights and Mother has 205 overnights with the children.

7.8    Father shall pay Mother $348.00 monthly child support beginning on February 1, 2019. The child support calculation worksheets are attached to this judgment as required by UTCR 8.060. Child support is modifiable in the future based on a party's changes in circumstance pursuant to Oregon Law.

8.    An award of spousal support is appropriate based on the following factors at the time of the Petition:

8.1    Father's gross monthly income is stipulated to be $10,000 per month.

8.2    Mother's gross income, without including any amount for spousal support, is stipulated to be $1,733.33 per month.

8.3    The parties have been married for over 10 years.

8.4    The standard of living attained during the marriage.

9.    The parties have reached an agreement that spousal support is non-modifiable. The parties struck a bargain that this award of spousal support shall not be modifiable, no matter what future circumstances hold for either party based on the following:

9.1    The parties anticipate that their financial conditions may substantially increase or decrease.

///

**GENERAL JUDGMENT (Dissolution of Marriage) (Money Judgment) (Stipulated)**
3
Attorney for Petitioner
Shelly K. Perkins, OSB#971687
Perkins Law, LLC
10121 SE Sunnyside Road, Suite 160
Clackamas, OR 97015
Phone: (503) 683-2256  Fax: (503) 850-4014
shelly@perklegal.com

9.2     The parties anticipate that their needs may substantially increase or decrease.

9.3     The parties anticipate that either party's health may substantially worsen or improve.

9.4     No matter whether either party's financial condition improves or worsens in the future, the parties intend this contract and bargain to be permanent and binding.

9.5     No matter whether a party's needs substantially change in the future, the parties intend this contract and bargain to be permanent and binding.

9.6     No matter the substantial worsening or improving of a party's health or disability in the future, the parties intend for this contract and bargain to be permanent and binding.

9.7     The parties contract and agree that they are both waiving the right to motion the court under ORS 107.135 to modify their agreed upon and contracted spousal support award and terminated spousal support contained herein.

9.8     The parties have made this bargain and contract for terminated non-modifiable spousal support for consideration.

10.     The parenting plan ordered herein is in the best interest of the children.

11.     Father's residence or legal address is 19260 S. Sylvan Ave, Estacada, Oregon 97023, his age is 43 years; he has been previously married once; his date of

GENERAL JUDGMENT (Dissolution of Marriage) (Money Judgment) (Stipulated)
Attorney for Petitioner
Shelly K. Perkins, OSB#971687
Perkins Law, LLC
10121 SE Sunnyside Road, Suite 160
Clackamas, OR 97015
Phone: (503) 683-2256 Fax: (503) 850-4014
shelly@perklegal.com

birth and social security number are confidential and such information is contained in the UTCR 2.130 Confidential Information Form.

12.    Mother's residence or legal address is 14788 Tannery St., Oregon City, Oregon 97045; her age is 34 years; she has not previously been married; her date of birth and social security number are confidential and such information is contained in the UTCR 2.130 Confidential Information Form.

13.    For a period of six (6) months immediately prior to the filing of Mother's petition for dissolution, each party and the children have continuously been, and now are, residents and inhabitants of the state of Oregon.

14.    No domestic relations suits or petitions for support pursuant to ORS 108.110 involving dependents of this marriage of Father and Mother are pending in any other court in the state of Oregon or any other state.

15.    Mother and Father acknowledge that the disposition of property herein, whether or not equal, is just and proper in all the circumstances. The parties each warrant to the other and to this court that each has signed this judgment on their own volition and that there has been an accurate, complete and current disclosure of all their income, assets, debts and liabilities. There are no debts which the parties owe jointly other than debts which are described in this judgment. The terms of this judgment represent a compromise of disputed issues in some instances. In addition, each party acknowledges that there have been no representations or promises of any kind which have been made to him or her as an inducement to enter into the agreement represented by this judgment other than those expressly set forth herein.

GENERAL JUDGMENT (Dissolution of Marriage) (Money Judgment) (Stipulated)
Attorney for Petitioner
Shelly K. Perkins, OSB#971687
Perkins Law, LLC
10121 SE Sunnyside Road, Suite 160
Clackamas, OR 97015
Phone: (503) 683-2256  Fax: (503) 850-4014
shelly@perklegal.com

16.    The parties shall be bound by the provision of ORS 107.452 which permits the court to reopen the case upon the motion of either party if the moving party alleges that significant assets existed at the time of the entry of the judgment and were not discovered until after the entry of the judgment.

17.    The parties warrant to the court, and the court accepts the representation made by both Mother and Father, that:

17.1    Each has disclosed to the other all assets and obligations of the parties or of either of them within the party's knowledge.

17.2    Neither party has interest in any property or asset of any kind other than the assets listed in this judgment.

17.3    Neither party has unreasonably overstated or understated the value of any asset or the amount of any obligation.

17.4    Neither party has transferred or placed in the hands of another person any asset without full disclosure to the other party.

18.    Both parties acknowledge that they understand the terms, provisions, and legal effect of this judgment, including the rights and privileges waived hereunder, the rights and privileges granted hereunder, and the binding effect it has both presently and in the future. Both parties acknowledge they had adequate independent legal counsel to explain the force and effect of this judgment on them.

19.    The parties intend this stipulated general judgment to settle all claims each may have had against the other.  Each party releases, waives, and relinquishes all claims and rights he or she has, may now have, or may hereafter have against the

**6** GENERAL JUDGMENT (Dissolution of Marriage) (Money Judgment) (Stipulated)
Attorney for Petitioner
Shelly K. Perkins, OSB#971687
Perkins Law, LLC
10121 SE Sunnyside Road, Suite 160
Clackamas, OR  97015
Phone: (503) 683-2256  Fax: (503) 850-4014
shelly@perklegal.com

other or his or her estate as a result of the marriage of the parties, except for claims for enforcement of this judgment or claims made pursuant to ORS 107.452, or those made pursuant to ORCP 71 or any successor statute related to those mentioned herein.

20.    The court ratifies and approves the parties' releases.

21.    The parties have each completed the mandatory parenting class, Mother on April 17, 2019 and Father on May 1, 2019, as noted in the Court records.

22.    Mother's and Father's signatures on this stipulated judgment evidence their intent that the agreement embodied in this stipulated judgment shall be enforceable in the manner described in ORS 107.104.

23.    This marriage should be dissolved, and Father and Mother should be granted the relief hereinafter set forth.

**IT IS HEREBY ORDERED:**

1.    **Termination of Marriage.** The marriage of the parties is hereby terminated. The provisions of this judgment are effective the date this judgment is signed by the Court.

    1.1    **Will Revocation.** Any provision in a party's will that is now in force and effect that benefits the now former spouse shall be deemed revoked in accordance with the provisions of ORS 112.315. This revocation shall cause the will to be interpreted as if the former spouse did not survive the testator.

    1.2    **Trust Revocation.** Any provision in any trust created by or for the benefit of a party that is now in force and effect that benefits the now former

**7**    GENERAL JUDGMENT (Dissolution of Marriage) (Money Judgment) (Stipulated)
Attorney for Petitioner
Shelly K. Perkins, OSB#971687
Perkins Law, LLC
10121 SE Sunnyside Road, Suite 160
Clackamas, OR 97015
Phone: (503) 683-2256 Fax: (503) 850-4014
shelly@perklegal.com

spouse shall be deemed revoked, and the trust shall be interpreted as if the former spouse did not survive the decedent. The intent of this provision is to prevent the former spouse from having any involvement in the trust in any capacity, including as a trustee or a beneficiary of the trust.

1.3    **Beneficiary Revocation.** Except as otherwise provided herein, any designation of the now former spouse as a beneficiary of any benefit, including but not limited to, retirement benefits, IRA accounts, life insurance policies, annuities, or other assets where a party is able to designate a beneficiary to receive the proceeds of that asset upon the death of that party, that was in place on or before the date of this judgment, shall be deemed to have been revoked. The benefit shall be paid to the secondary or contingent beneficiary or, if no beneficiary is named, then to the decedent's estate. The surviving former spouse shall cooperate with the decedent's estate in assuring this directive is completed, specifically including the affirmative responsibility to disclaim, in writing, and within nine months of the date of death to assure that the surviving former spouse does not receive any benefit as a result of the decedent's failure to modify the beneficiary designation of the above-described assets.

2.    **Custody of Children.** Mother and Father are awarded joint legal custody of the children.  The children will attend school in Mother's school district.

2.1    **Parenting Time.**  Beginning February 1, 2019, Mother shall have 8 overnights with the children out of a two-week period (14 overnights) and

GENERAL JUDGMENT (Dissolution of Marriage) (Money Judgment) (Stipulated)
Attorney for Petitioner
Shelly K. Perkins, OSB#971687
Perkins Law, LLC
10121 SE Sunnyside Road, Suite 160
Clackamas, OR  97015
Phone: (503) 683-2256  Fax: (503) 850-4014
shelly@perklegal.com

Father shall have 6 overnights with the children out of a two-week period (14 overnights). Both parties shall be entitled to frequent and unhampered continuing contact with the children at such times as the parties may mutually agree. The parties shall work together to facilitate a positive relationship for the children.

      2.1.1  The general parenting schedule shall be as follows:

**Week 1**

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|--------|---------|-----------|----------|--------|----------|--------|
| Mother | Mother | Mother | Father | Father | Father | Father |

**Week 2**

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|--------|---------|-----------|----------|--------|----------|--------|
| Father | Father | Mother | Mother | Mother | Mother | Mother |

      2.1.2  Pick up and drop off shall coincide with the children's school hours when possible. If the exchange is to occur during non-school hours, pick up and drop off shall occur curbside at the residence where the children were staying. If an exchange must occur outside of school hours, the general exchange times shall be 9:00 a.m. and 4:00 p.m.

      2.2  **Move to 50/50 Schedule.** The parties shall begin a 50/50 parenting plan when Preston Stewart begins 4th grade with a week on / week off

---

**9**

GENERAL JUDGMENT (Dissolution of Marriage) (Money Judgment) (Stipulated)
Attorney for Petitioner
Shelly K. Perkins, OSB#971687
Perkins Law, LLC
10121 SE Sunnyside Road, Suite 160
Clackamas, OR 97015
Phone: (503) 683-2256 Fax: (503) 850-4014
shelly@perklegal.com

schedule, with exchanges on Sundays at 5:00 p.m. Father cannot base the "substantial change of circumstances" for a modification upon this change in parenting time.

**2.3     Holidays.** The parties shall follow a holiday parenting plan that supersedes their regular parenting plan as follows:

**2.3.1  Easter.** Easter shall be with Mother during odd numbered years and Father during even numbers years. Easter parenting time shall commence at 8:30 a.m. and end at 9:00 p.m. that same day.

**2.3.2  Mother's Day.** Mother's Day shall always be with Mother and shall commence at 9:00 a.m. on Mother's Day and end at 5:00 p.m. that same day.

**2.3.3  Father's Day.** Father's Day shall always be with Father and shall commence at 9:00 a.m. on Father's Day and end at 5:00 p.m. that same day.

**2.3.4  Fourth of July.** Fourth of July shall be with Father during odd numbered years and Mother during even numbered years. Fourth of July parenting time shall commence at noon on July 4 and end at noon on July 5.

**2.3.5  Summer.** Mother and Father shall work together to plan a summer schedule that allows each parent an extended vacation of up to 14 days with children such that neither parent suffers an overall loss of parenting time.

GENERAL JUDGMENT (Dissolution of Marriage) (Money Judgment) (Stipulated)
Attorney for Petitioner
Shelly K. Perkins, OSB#971687
Perkins Law, LLC
10121 SE Sunnyside Road, Suite 160
Clackamas, OR 97015
Phone: (503) 683-2256  Fax: (503) 850-4014
shelly@perklegal.com

2.3.6 **Halloween.** Halloween shall be with Father during odd numbered years and Mother during even numbered years. Halloween parenting time shall commence at noon on October 31, or after school on October 31 if school is held on that date, and end at noon on November 1, or the start of school if school is held on that date.

2.3.7 **Thanksgiving.** Thanksgiving shall be with Mother during odd numbered years and Father during even numbered years. Thanksgiving parenting time shall commence at 8:30 a.m. and end at 9:00 p.m.

2.3.8 **Christmas Eve.** Christmas Eve shall be with Mother during odd numbered years and Father during even numbered years. Christmas Eve shall commence on December 23 at 5:00 p.m. and end on December 24 at 9:00 p.m.

2.3.9 **Christmas Day.** Christmas Day shall be with Father during odd numbered years and Mother during even numbered years. Christmas shall commence on December 24 at 9:00 p.m. and end on December 26 at 9:00 p.m.

2.4    **Changes to Plan.** The parties may make changes to the parenting plan, including adding holidays, by mutual written agreement.

2.5    **Parental Rights.** Each parent shall have the following authority, to the same extent as the other parent has:

///

GENERAL JUDGMENT (Dissolution of Marriage) (Money Judgment) (Stipulated)
Attorney for Petitioner
Shelly K. Perkins, OSB#971687
Perkins Law, LLC
10121 SE Sunnyside Road, Suite 160
Clackamas, OR 97015
Phone: (503) 683-2256  Fax: (503) 850-4014
shelly@perklegal.com

2.5.1  To inspect and receive school records, and to consult with school staff concerning the children's welfare and education.

2.5.2  To inspect and receive governmental agency and law enforcement records concerning the children.

2.5.3  To consult with any person who may provide care or treatment for the children and to inspect and receive the children's medical, dental and psychological records.

2.5.4  To authorize emergency medical, dental, psychological, psychiatric or other health care for the child if the custodial parent is, for practical purposes, unavailable.

2.5.5  To apply to be the children's guardian ad litem, conservator, or both.

2.6    **Notice Requirements.** Each parent shall have a continuing responsibility to:

2.6.1  Provide their home (not just mailing) address; home, work and cellular telephone numbers; and e-mail address to the other parent.

2.6.2  Notify the other parent of any emergency circumstances or substantial changes in the children's health.

2.7    **Statutory Notice.** Neither parent shall move to a residence that is more than 60 miles further distant from the other parent without giving the other parent reasonable notice of the change of residence and providing a copy of such notice to the court. ORS 107.159.

GENERAL JUDGMENT (Dissolution of Marriage) (Money Judgment) (Stipulated)
Attorney for Petitioner
Shelly K. Perkins, OSB#971687
Perkins Law, LLC
10121 SE Sunnyside Road, Suite 160
Clackamas, OR  97015
Phone: (503) 683-2256  Fax: (503) 850-4014
shelly@perklegal.com

**2.8    Parent's Conduct.** Father and Mother are restrained and enjoined from making any derogatory comments about each other to, or in the presence of, the child, or in any way diminishing the love, respect, and affection that they have for either parent.  In this same regard, the parents shall inform and monitor discussions by any adult with whom their children interact.

**2.9    Name Identifiers.** Neither parent shall at any time for any reason cause the child to be known or identified or designated by any surname other than Stewart. Neither parent shall initiate or cause the designation of "father" or "mother" or their equivalents to be used by the child with reference to any person other than their natural mother and father.

**2.10    Children's Activities.**  The children shall be allowed to each participate in at least one sport or activity per sport season or school term. Though there will be times when participation is not possible, both parents should make his/her best effort to ensure the children's regular attendance at such activities, including practices, meetings, and games.

**3.    Child Support.**

**3.1    Manner of Payment.**  Payments shall begin February 1, 2019, and continue monthly thereafter until the children each cease to qualify as a "child attending school" as defined in ORS 107.108 or attain the age of eighteen (18) years, whichever should last occur.

**3.1.1**  Payments shall be paid in accordance with a wage withholding order entered as required by ORS Chapter 25. All support

**13**

GENERAL JUDGMENT (Dissolution of Marriage) (Money Judgment) (Stipulated)
Attorney for Petitioner
Shelly K. Perkins, OSB#971687
Perkins Law, LLC
10121 SE Sunnyside Road, Suite 160
Clackamas, OR  97015
Phone: (503) 683-2256  Fax: (503) 850-4014
shelly@perklegal.com

should be paid through the Department of Justice, P.O. Box 14506, Salem, Oregon, 97309. The Department of Justice should provide collection, accounting, distribution, and enforcement services in accordance with the provisions of ORS 25.320.  Father shall pay Mother support directly until the Department of Justice begins collection services.

       3.1.2  Payments shall be paid directly to Mother on behalf of the children.

       3.1.3  Payments shall be paid directly to any child who subsequently attains 18 years of age rather than to Mother and should continue on the first day of each month thereafter provided a child qualifies as a "child attending school" as defined in ORS 107.108.

       3.1.4  The amount paid directly to a child who qualifies to receive support under this section shall be a pro-rated share of the total support award based on the number of children for whom support is ordered.

       3.1.5  Payments shall continue to be paid through a normal break (such as summer vacation) for a child who attended school during the prior academic term and who intends to return to school after the break.

       3.2  **Statutory Notice.** Each party shall notify the Department of Justice, Division of Child Support, P.O. Box 14506, Salem, Oregon, 97309 of any change in that party's home or business address set forth below within ten (10) days after such change pursuant to ORS 25.020.

**14** GENERAL JUDGMENT (Dissolution of Marriage) (Money Judgment) (Stipulated)
Attorney for Petitioner
Shelly K. Perkins, OSB#971687
Perkins Law, LLC
10121 SE Sunnyside Road, Suite 160
Clackamas, OR  97015
Phone: (503) 683-2256  Fax: (503) 850-4014
shelly@perklegal.com

**3.3    Health Insurance.**  Father currently insures and shall continue to maintain medical and dental insurance for the children so long as said insurance is available through his employment, union, or other group plan at a reasonable cost.  If no private insurance is available, the child should be on the Oregon Health Plan.

**3.4    Uninsured Health Care Costs.**  The parties shall split all of the children's uninsured health care expenses including, but not limited to, medical, dental, vision, orthodontic, and counseling costs such that Father shall pay 60% of those expenses and Mother shall pay 40% of those expenses. The parties shall reimburse the other party with 30 days of when the expenses were paid and disclosed to the non-paying party.  The parties shall pay providers his or her share directly whenever possible.

**3.5    Activity Expenses.**  The parties shall split the activity expenses of the children concerning activities the parties have mutually agreed upon such that Father shall pay 60% of those expenses and Mother shall pay 40% of those expenses.  This includes registration fees, specialized equipment, special photographs, and similar expenses.  The parties mutually agree that each child shall participate in at least one activity or sport per season and that neither Mother nor Father will withhold agreement to a child's participation in any reasonable activity or sport.  Parties shall pay their portion of activity expense directly to the provider whenever possible.  Should Mother or Father pay the entire cost of a reasonable activity, or more than their share, the paying party

GENERAL JUDGMENT (Dissolution of Marriage) (Money Judgment) (Stipulated)
Attorney for Petitioner
Shelly K. Perkins, OSB#971687
Perkins Law, LLC
10121 SE Sunnyside Road, Suite 160
Clackamas, OR  97015
Phone: (503) 683-2256  Fax: (503) 850-4014
shelly@perklegal.com

shall be reimbursed by the other party for their share of that expense within 30 days of when that expense was paid and the non-paying party was notified of the expense.

3.6    **School Expenses.**  The parties shall split customary public and charter school fees and expenses such that Father shall pay 60% of those fees and expenses and Mother shall pay 40% of those fees and expenses.  Parties shall pay their portion of school expenses directly to the provider when possible. Should Mother or Father pay the entire cost of a school expense, or more than that parent's share, the paying party shall be reimbursed by the other party for their share of that expense within 30 days of when that expense was paid and the non-paying party was informed.

3.7    **Life Insurance for Child Support.**  Father maintain a life insurance policy in an amount equal to $250,000 naming Mother as trustee with the children as beneficiaries, to be maintained so long as Father has a child support obligation including arrearage.

4.    **Spousal Support.**  Father shall pay Mother monthly spousal support of $5,000 for 102 months beginning February 1, 2019, through July 1, 2027.  This support award is made in part in lieu of an equalizing judgment.  This spousal support award represents Father combining what would be the appropriate amount of spousal support and an appropriate equalizing award into a single monthly payment.

4.1    **Life Insurance for Spousal Support.**  Father shall maintain his life insurance policy in an amount equal to the amount of spousal support

GENERAL JUDGMENT (Dissolution of Marriage) (Money Judgment) (Stipulated)
Attorney for Petitioner
Shelly K. Perkins, OSB#971687
Perkins Law, LLC
10121 SE Sunnyside Road, Suite 160
Clackamas, OR  97015
Phone: (503) 683-2256  Fax: (503) 850-4014
shelly@perklegal.com

remaining owed to Mother including arrearage, approximately $500,000 at the time of this general judgment, naming Mother as primary beneficiary so long as Father owes spousal support or has any spousal support arrearage. The amount of the required insurance policy shall be recalculated each year.

4.2    **Non-Modifiable.** It is the contract, intent and agreement of the parties that the awarded spousal support shall not, at any time, be subject to modification by either party, in either amount or duration. The parties further agree that Wife shall not be entitled to reinstate any support amounts, once terminated, under ORS 107.136, or any successor statute. In so agreeing, the parties expressly intend that all future changes in the parties' economic and health-related conditions shall be deemed "foreseeable" for purposes of support modification. These foreseeable circumstances include, but are not limited to:

4.2.1  An increase or decrease in either party's income, assets, and/or liabilities, substantial or otherwise, is foreseeable and will not be a ground for modification.

4.2.2  A change in either party's needs, substantial or otherwise, is foreseeable and will not be a ground for modification.

4.2.3  A change in either party's health, substantial or otherwise, is foreseeable and will not be a ground for modification.

4.2.4  The subsequent remarriage or cohabitation of either party with another is foreseeable and will not be a ground for modification.

///

GENERAL JUDGMENT (Dissolution of Marriage) (Money Judgment) (Stipulated)
Attorney for Petitioner
Shelly K. Perkins, OSB#971687
Perkins Law, LLC
10121 SE Sunnyside Road, Suite 160
Clackamas, OR  97015
Phone: (503) 683-2256  Fax: (503) 850-4014
shelly@perklegal.com

4.2.5  A change in occupation or employment by either party is foreseeable, even if such change results in a reduction or increase in income, and such change will not be a ground for modification.

5.      **Life Insurance.**  All life insurance policies awarded herein shall be subject to following conditions:

5.1      Each party shall provide the company name and policy number to the other as soon as it is available, but not later than 60 days from the date this judgment is signed by the court.

5.2      The obligation to maintain this insurance shall continue for so long as each party is required to pay support as decreed by the court or an arrearage exists for accrued but unpaid support.

5.3      The following provisions relate to procedural aspects of the requirement to maintain insurance:

5.3.1  Pursuant to ORS 107.820(6), each party shall promptly provide the other with a true copy of any and all insurance policies described above, sign a form of release prepared by the other party that authorizes the insurance company to provide any information that the other party requests directly to the other party and shall immediately provide written notice of any action that will reduce the death benefit or change the designation of the beneficiaries under the policy. In addition, each party's signature on this general judgment constitutes their written authorization to the insurance company giving it permission to release to

GENERAL JUDGMENT (Dissolution of Marriage) (Money Judgment) (Stipulated)
Attorney for Petitioner
Shelly K. Perkins, OSB#971687
Perkins Law, LLC
10121 SE Sunnyside Road, Suite 160
Clackamas, OR  97015
Phone: (503) 683-2256  Fax: (503) 850-4014
shelly@perklegal.com

the other party any information that they request regarding the policy. The insured party shall thereafter, during the term of the obligation to maintain insurance, furnish to the other party, upon request, a copy of the policy or evidence the proper life insurance is in force with the appropriate beneficiary designation in effect.

    5.3.2  A constructive trust shall be imposed over the proceeds of any insurance owned by the insured party at the time of the insured party's death if the insured party fails to maintain insurance in said amount, or if said insurance is in force but another beneficiary is designated to receive said funds.

    5.3.3  The insured party is prohibited from borrowing monies from or against the benefits of the policy if doing so would reduce the benefit below the level required by this judgment.

    5.3.4  The other party shall cause a certified copy of the judgment dissolving the parties' marriage to be delivered to the applicable life insurance company or companies in accordance with the provisions of ORS 107.820(6).  The other party is authorized by Oregon law and the terms of this judgment to request that the insurance company notify them if the insured party fails to make a premium payment or if the insured party attempts to change the beneficiary or reduce the death benefit payable under the policy. The insurance company has an affirmative duty to notify the other party whenever a premium payment

GENERAL JUDGMENT (Dissolution of Marriage) (Money Judgment) (Stipulated)
Attorney for Petitioner
Shelly K. Perkins, OSB#971687
Perkins Law, LLC
10121 SE Sunnyside Road, Suite 160
Clackamas, OR 97015
Phone: (503) 683-2256  Fax: (503) 850-4014
shelly@perklegal.com

has not been made or the insured takes any action that will change the beneficiary or reduce the benefits of the policy.

5.3.5  The insured party shall have the right to replace this policy with a policy of equal or greater value provided they advise the other party at least 60 days in advance of any change in policy and the insured party pays the cost of having a supplemental judgment prepared and entered by the court that references this obligation to maintain insurance, identifying the new insurance company so that a supplemental judgment can be sent to the insurance company as authorized by ORS 107.820.

6.    **Dependency Exemption.**  The parties shall each claim one child beginning in tax year 2019 as a dependent or equivalent tax credit for income tax purposes.  Once there is only one child that qualifies as a dependent, the parties shall alternate claiming the child as a dependent or equivalent tax credit for income tax purposes, beginning with Mother in the first such year and then Father the following year.

7.    **Division of Assets.** The property of the parties shall be divided as follows:

7.1    **Mother's Property**.  Mother is hereby awarded and shall receive free from any claim of Father the following property subject to any and all dues and encumbrances which she shall pay, indemnify, and hold harmless Father therefrom:

GENERAL JUDGMENT (Dissolution of Marriage) (Money Judgment) (Stipulated)
Attorney for Petitioner
Shelly K. Perkins, OSB#971687
Perkins Law, LLC
10121 SE Sunnyside Road, Suite 160
Clackamas, OR  97015
Phone: (503) 683-2256  Fax: (503) 850-4014
shelly@perklegal.com

7.1.1  All personal property in her possession or control.

7.1.2  Half of the proceeds, after Mother is reimbursed for reasonable costs of sale, of the personal property sold, specified below in paragraph 7.3.

7.1.3  All bank accounts in her name alone.

7.1.4  The trust proceeds in both of Mother's attorney trust accounts.  These trust accounts include the proceeds from the sale of the parties' real property located at Lake Billy Chinook.

7.1.5  Toyota 4 Runner, VIN JTEBU5JR7G5300683.  Mother shall refinance the Toyota Forerunner or pay off any debts on the Forerunner within 60 days of the entry of this judgment.  Mother shall be responsible for making any required payments on the Forerunner beginning February 1, 2019.

7.2    **Father's Property.**  Father is hereby awarded and shall receive free from any claim of Mother the following property subject to any and all dues and encumbrances which he shall pay, indemnify, and hold harmless Mother therefrom:

7.2.1  Not including the personal property listed below in paragraph 7.3, Father is awarded the remaining personal property located at 19260 S. Sylvan Ave, Estacada, OR, 97023.

///

///

GENERAL JUDGMENT (Dissolution of Marriage) (Money Judgment) (Stipulated)
Attorney for Petitioner
Shelly K. Perkins, OSB#971687
Perkins Law, LLC
10121 SE Sunnyside Road, Suite 160
Clackamas, OR  97015
Phone: (503) 683-2256 Fax: (503) 850-4014
shelly@perklegal.com

7.2.2  Half of the proceeds, after Mother is reimbursed for reasonable costs of sale, of the personal property sold, specified below in paragraph 7.3.

7.2.3  All bank accounts in his name alone.

7.2.4  The KeyBank joint bank account x1604 shall be transferred to Father.  Mother shall remove her name from this account.

7.2.5  The Principal IRA, account No. x3858.

7.2.6  Dodge Truck, VIN 1B7HG38NX2S531214.

7.2.7  The K&M Auto Service business, including business value, accounts receivable, accounts payable, associated bank accounts, business credit card debts, Costs of Goods Sold, tax liability and tax deductions associated with the business, and any other associated debts. Father shall hold Mother harmless for any debts associated with the business and shall hold Mother harmless for any tax liability associated with any prior joint tax return.

7.3  **Personal Property to be Sold at 19260 S. Sylvan Ave.**  The following personal property located at 19260 S. Sylvan Ave, Estacada, OR, 97023 is to be sold and the proceeds split equally between the parties.  The parties shall mutually agree to any transaction selling that property prior to any corresponding sale and cooperate with one another to facilitate that sale.  The following property shall be sold by Mother to unknown third parties in arm's length transactions, or to other buyers mutually agreed upon by Mother and

GENERAL JUDGMENT (Dissolution of Marriage) (Money Judgment) (Stipulated)
Attorney for Petitioner
Shelly K. Perkins, OSB#971687
Perkins Law, LLC
10121 SE Sunnyside Road, Suite 160
Clackamas, OR  97015
Phone: (503) 683-2256  Fax: (503) 850-4014
shelly@perklegal.com

Father; any reasonable costs incurred in the sale of these items shall be recouped prior to distribution:

        7.3.1.1 Boat: 19' Reinell, ID ID No. RNA90302I304

        7.3.1.2 Excavator: 2004 John Deere D35, No. FF035DX234497

        7.3.1.3 Horse Trailer: 2003 Kiefer LT, VIN VEH14213K044239

        7.3.1.4 Dirt Bike: 2014 Honda MC CRF, VIN MLHMD3817E5105842

        7.3.1.5 Dump Trailer: 2017 BIGT HT, VIN 16VDX1427J4089711

        7.3.1.6 Tractor: 2013 John Deere with 60" mower and associated attachments, 1LV1025RPFH319956

        7.3.1.7 Riding Lawnmower: John Deere Model: 2425 48C VIN 1M0Z425BEBM100513

        7.3.1.8 RZR: 2014 Polaris VT 4XA6T1EA9EB207787

        7.3.1.9 Quad: 2007 Honda VT JH2TE32767K004568

    7.4    **Vehicles.** The following applies to the parties' vehicles which they are awarded free and clear of any interest to the other party:

        7.4.1  A party in possession of keys to a vehicle awarded to the other party shall immediately make delivery of those keys to the party awarded the vehicle. No copies of the keys shall be kept.

GENERAL JUDGMENT (Dissolution of Marriage) (Money Judgment) (Stipulated)
Attorney for Petitioner
Shelly K. Perkins, OSB#971687
Perkins Law, LLC
10121 SE Sunnyside Road, Suite 160
Clackamas, OR 97015
Phone: (503) 683-2256 Fax: (503) 850-4014
shelly@perklegal.com

7.4.2  Each party shall sign any bill of sale, title, or other conveyance document necessary to release that party's interest in a vehicle not awarded to the party within 15 days of being presented with that document.  If requested to do so, the Director of the Oregon Department of Motor Vehicles shall reissue title to a vehicle in the name of the party awarded that vehicle under the terms of this judgment without any requirement that the other party sign off the title as an owner.

7.4.3  Each party shall be solely and separately responsible for insuring vehicles awarded to that party pursuant to the terms of this judgment, effective the day this judgment is signed by the Court.  Any insurance premium that has been prepaid for a specific vehicle is awarded to and shall be the property of the party awarded that vehicle.

7.5    **Real Property: 19260 S. Sylvan Ave.** The parties own certain real property, located at 19260 S. Sylvan Ave, Estacada, OR, 97023 (legal description: 00910125 614 Cedarhurst #2, Pt Lt 25 & PT Sec, TL 1801, TL2113, TL2183, TL2501), and have agreed to the following with regard this property:

7.5.1  **Listing.**  The house will be immediately listed for sale and sold.  The home shall be listed for sale within 30 days of the entry of this judgment.  The realtor shall be selected by the mutual written agreement of the parties.  If the parties cannot agree as to a realtor, the parties shall each select an agent who will have the sole responsibility of conferring

GENERAL JUDGMENT (Dissolution of Marriage) (Money Judgment) (Stipulated)
Attorney for Petitioner
Shelly K. Perkins, OSB#971687
Perkins Law, LLC
10121 SE Sunnyside Road, Suite 160
Clackamas, OR  97015
Phone: (503) 683-2256  Fax: (503) 850-4014
shelly@perklegal.com

with the other party's selected agent towards electing a realtor by mutual agreement.

7.5.2  The parties will try to maximize the sale price but list the home at a price recommended by the agent to induce the rapid sale of the property.

7.5.3  **Bills before Sale.**  Father shall pay all bills associated with the house until the house is sold.

7.5.4  **Deductions before Sale.**  Father shall claim 100% of the interest deductions associated with the home until the home is sold.

7.5.5  **Repairs.**  Repairs may be necessary for the sale of the home.  The parties shall equally share the cost of any repairs suggested by the selected realtor costing a total of $1,000 or less.  Any repairs requiring a cost greater than a total of $1,000 shall be mutually agreed to in writing by the parties.  If one party pays more than the other for repairs of this property, that party shall be reimbursed for that amount from the property's sale proceeds.

7.5.6  **Proceeds.**  The house proceeds shall be paid as follows:

7.5.6.1 The mortgage, taxes, fees, costs and reimbursements shall be paid.

7.5.6.2 Mother shall receive $350,000 of the sale proceeds after mortgage, taxes, fees, costs and reimbursements are paid.

///

GENERAL JUDGMENT (Dissolution of Marriage) (Money Judgment) (Stipulated)
Attorney for Petitioner
Shelly K. Perkins, OSB#971687
Perkins Law, LLC
10121 SE Sunnyside Road, Suite 160
Clackamas, OR  97015
Phone: (503) 683-2256  Fax: (503) 850-4014
shelly@perklegal.com

7.5.6.3 Mother shall receive all additional amounts above said $350,000; however, Father shall receive a credit toward the final payments of Mother's spousal support award, lowering the number of payments, equivalent to 50% of all amounts above said $350,000.

7.5.6.4 A party shall pay the other party from his or her share of the house proceeds for his or her share of any unreimbursed repairs paid by the other party.

7.6   **Real Property: 2820 SE 50th Avenue.**  The parties own certain real property located at 2820 SE 50th Avenue, Portland, OR 97206 (legal description: The North 35 feet of Lot 17 and all of Lots 18, 19, 20, 21 and 22, Block 2, LELAND PARK, City of Portland, Multnomah County, Oregon).  This real property shall be awarded to Father subject to a trust deed, to be executed with this judgment, securing Mother's spousal support award.  If Father falls four months behind in making spousal support payments to Mother, this real property shall be sold, and Father's unpaid spousal support obligation, not just that amount in arrears, shall be paid out from the proceeds of such sale with any remaining proceeds distributed to Father.

7.7   **Retirements: Edward Jones.**  The parties' children shall be awarded Father's Edward Jones Portfolio ending x81317.  Mother's name shall be added to the accounts and the accounts shall be held by the parties in trust for the children.

GENERAL JUDGMENT (Dissolution of Marriage) (Money Judgment) (Stipulated)
Attorney for Petitioner
Shelly K. Perkins, OSB#971687
Perkins Law, LLC
10121 SE Sunnyside Road, Suite 160
Clackamas, OR  97015
Phone: (503) 683-2256  Fax: (503) 850-4014
shelly@perklegal.com

8.    **Allocation of Debts.** The liabilities and debts of the parties shall be paid as follows:

8.1    **Mother's Debts.** Mother shall pay according to the creditor's repayment terms, defend, indemnify and hold Father harmless from any debt in her name unless listed otherwise, and any debt incurred by her, and all credit cards or debt in her own name and/or which she is primary user.

8.2    **Father's Debts.** Father shall pay according to the creditor's repayment terms, defend, indemnify and hold Mother harmless from any debt in his name unless listed otherwise, and any debt incurred by him, and all credit cards or debt in his own name and/or which he is primary user.

8.3    **Ontrack Garage Doors Debt.** Each party shall pay Ontrack Garage Doors $2,250 upon entry of this judgment.

9.    **Taxes.** Mother and Father shall equally share in any rebates or refunds from any prior joint tax returns of Mother and Father. If there is any audit of the parties' prior taxes, each party shall cooperate with providing information with the other regarding the audited taxes. Father will hold Mother harmless for any tax liability with any prior joint return. If Mother's wages are garnished due to outstanding tax liability from any prior joint tax returns of Father and Mother, Father shall reimburse Mother for the amount garnished within 15 days of said garnishment. Mother shall be entitled to a money judgment against Father for the amount of any such garnishment if Father does not timely reimburse Mother. Father shall not be able to avoid this liability to Mother by declaring bankruptcy.

**27**

GENERAL JUDGMENT (Dissolution of Marriage) (Money Judgment) (Stipulated)
Attorney for Petitioner
Shelly K. Perkins, OSB#971687
Perkins Law, LLC
10121 SE Sunnyside Road, Suite 160
Clackamas, OR 97015
Phone: (503) 683-2256  Fax: (503) 850-4014
shelly@perklegal.com

**10.    Attorney Fees.** Neither party shall have any liability for payment of the attorney fees and costs incurred by the other party in this proceeding through the date of settlement. Each party waives all rights otherwise allowed by law to assert a claim against the other party for feeds incurred before settlement on account thereof. A party may make a claim for attorney fees for any fees incurred in enforcing this settlement.

**11.    Necessary Documents.** Upon demand, each party shall make and execute any assignment, transfer, conveyance, or release as is necessary to carry out the terms of this judgment, including the transfer of legal title to any property as ordered herein. The presiding judge of this court shall have authority to execute and deliver any document as may be necessary to carry out the property transfer provisions of this judgment if requested to do so by a party.

**12.    Indemnity.** Each party shall indemnify the other from any obligation assigned to him or her in this General Judgment. Such indemnification shall be construed to provide maximum protection to the indemnified party, so that the indemnifying party shall at all times assume full liability for and hold the other party harmless from all losses, damages, costs, charges, fees including but not limited to attorney fees, penalties, or expenses associated with the obligation.

**13.    Applicable Law.** This General Judgment shall be construed in accordance with the laws of the State of Oregon.

**14.    Waiver of Breach/Modification.** If either party fails to insist upon strict compliance of any terms of this Judgment, that party may still insist on future

GENERAL JUDGMENT (Dissolution of Marriage) (Money Judgment) (Stipulated)
Attorney for Petitioner
Shelly K. Perkins, OSB#971687
Perkins Law, LLC
10121 SE Sunnyside Road, Suite 160
Clackamas, OR 97015
Phone: (503) 683-2256 Fax: (503) 850-4014
shelly@perklegal.com

compliance of any terms of this General Judgment, and that party has not waived any rights under this judgment.  No modification of this judgment shall be binding on either of the parties, unless the modification is in writing and signed by the parties or ordered by the court.

15.    **Keys.** A party is awarded any keys that open or close property awarded to that party. This includes keys to real property, vehicles, lock boxes, computer systems, garage door openers, etc. The party having keys not belonging to property awarded to that party shall immediately deliver said keys to the other party, keeping no copies for himself or herself.

16.    **Personal Records.** A party's personal papers are specifically awarded to that party. Each party shall use their best effort now and in the future to provide the other party with that party's personal papers and records. Those include, but are not limited to birth certificates, passports, baptismal records, wills, military discharge papers, etc. Each party shall also cooperate with the other in providing financial documents that may from time to time be necessary. For example, one party may at some point in the future need a copy of a previously filed joint tax return.

17.    **Termination of Joint Credit.** Neither Father nor Mother shall charge upon the credit of the other without specific permission to do so unless outlined herein.  All outstanding joint credit accounts and cards which are in the names of both parties shall be immediately closed and the cards returned to the issuing creditor with instructions to close the account.  All of the joint accounts listed above in paragraphs shall be closed from further charges.

GENERAL JUDGMENT (Dissolution of Marriage) (Money Judgment) (Stipulated)
Attorney for Petitioner
Shelly K. Perkins, OSB#971687
Perkins Law, LLC
10121 SE Sunnyside Road, Suite 160
Clackamas, OR  97015
Phone: (503) 683-2256  Fax: (503) 850-4014
shelly@perklegal.com

18.    **Failure to Pay.** If either party fails to pay any debt or liability as set forth herein, the other party shall have the right, but not the obligation, to make any payment due provided the nonpaying party is given ten (10) days prior notice of the party's plan to make payment. If payment is made, the party who failed to pay shall be responsible for reimbursing the amount paid to the party who did make the payment together with interest computed at the same rate charged by the creditor on the obligation to which payment was made. Interest shall accrue from the time payment is made until full reimbursement is made.

19.    **Mutual Release.** The parties intend the stipulated general judgment and this agreement to settle all claims each may have had against the other.  Each party releases, waives, and relinquishes all claims and rights he or she has, may now have, or may hereafter have against the other or his or her estate as a result of the marriage of the parties, contact between the parties, dealings between the parties, and any other claim as a result of their relationship and/or marriage, except for claims for enforcement of this settlement or judgment or claims made pursuant to ORS 107.452, or those made pursuant to ORCP 71 or any successor statute related to those mentioned herein.  The parties release each other from any and all claims he or she may have against the other, whether those claims are past or present; known or unknown; suspected or unsuspected; and/or asserted or unasserted, and the parties promise not to sue each other for any reason or claim.  This release includes, but is not limited to, any claims, actions or suits described in this Agreement, along with but not limited to any claims under statutory or common law, including any claims for

GENERAL JUDGMENT (Dissolution of Marriage) (Money Judgment) (Stipulated)
Attorney for Petitioner
Shelly K. Perkins, OSB#971687
Perkins Law, LLC
10121 SE Sunnyside Road, Suite 160
Clackamas, OR 97015
Phone: (503) 683-2256  Fax: (503) 850-4014
shelly@perklegal.com

fraud in the inducement of this Agreement as well as any other claim that the parties

might assert to rescind this Agreement. The parties acknowledge that they may

hereafter discover claims or facts in addition to or different from those which they now

know or believe to exist with respect to the subject matter of this Agreement and

which, if known or suspected at the time of executing this Agreement, may have

materially affected this settlement. Nevertheless, the parties hereby waive any right,

claim or cause of action that might arise as a result of such different or additional

claims or facts. The parties acknowledge that they understand the significance and

consequence of such release.

20. **Continuing Jurisdiction of the Court.** The court in this action shall

retain jurisdiction over both parties to enforce all of the provisions of the Judgment.

21. **Severability.** If the court concludes that any provision of this Judgment

is invalid or unenforceable, that provision shall be severed from the remainder of this

Judgment so as to avoid rendering the remainder of the Judgment invalid or

unenforceable. The remaining provisions of this Judgment shall then continue in full

force. If the court concludes that any provision is invalid in its scope, such provision

shall be valid to the extent of the scope permitted by law.

22. **Interpretation of this Judgment.** The rule of construction that a

written agreement is construed against the party preparing or drafting such agreement

shall specifically not be applicable to interpretation of this Judgment or any

documents executed and delivered under the terms of this Judgment. Each party has

been represented by counsel in the negotiation and preparation of this Judgment. No

GENERAL JUDGMENT (Dissolution of Marriage) (Money Judgment) (Stipulated)
Attorney for Petitioner
Shelly K. Perkins, OSB#971687
Perkins Law, LLC
10121 SE Sunnyside Road, Suite 160
Clackamas, OR 97015
Phone: (503) 683-2256 Fax: (503) 850-4014
shelly@perklegal.com

presumption will exist in favor of a party by reason of authorship of any provision of the judgment by the other party's counsel or against a party by reason of authorship of any provision of the Judgment by that party's own counsel.

23. **Paragraph Headings.** The headings of a particular paragraphs are inserted only for convenience, and are not a part of this Judgment or a limitation of the scope of the particular paragraph to which each refers.

## MONEY AWARD—Spousal Support

**Judgment Creditor Name and Address:**    Brittany Kathleen Stewart
14788 Tannery St.
Oregon City, OR 97045

**Judgment Creditor's Attorney's Name,**
**Address and Telephone Number:**    Shelly K. Perkins
10121 SE Sunnyside Rd., Suite 160
Clackamas, OR  97015
Telephone: (503) 683-2256

**Judgment Debtor Name, Address,**
**Date of Birth, Driver's License No.:**    Matthew Clarence Stewart
19260 S. Sylvan Ave.
Estacada, OR 97023
DOB year 1976
SSN last four 3110
ODL last four 3605

**Judgment Debtor's Attorney's Name,**
**Address and Telephone Number:**    Shelly K. Perkins
10121 SE Sunnyside Rd., Suite 160
Clackamas, OR  97015
Telephone: (503) 683-2256

**Others Entitled to Portion of Judgment:**    None

**Judgment Amount(s):**    Spousal Support: $5,000 per month

**Prejudgment Interest:**    None

**32**  GENERAL JUDGMENT (Dissolution of Marriage) (Money Judgment) (Stipulated)
Attorney for Petitioner
Shelly K. Perkins, OSB#971687
Perkins Law, LLC
10121 SE Sunnyside Road, Suite 160
Clackamas, OR  97015
Phone: (503) 683-2256  Fax: (503) 850-4014
shelly@perklegal.com

1

2

<u>Post-judgment Interest</u>:     Nine percent (9%) per annum simple interest on support arrearages from the date the arrearage accrues until paid.

3

4

5

<u>Periodic Accrual</u>:     Spousal support award payable by Father to Mother in the amount of $5,000 in spousal support accrues beginning on February 1, 2019, and continues on the first day of each month thereafter through July 1, 2027.

6

### MONEY AWARD—Child Support

7

8

<u>Judgment Creditor Name and Address</u>:     Brittany Kathleen Stewart
14788 Tannery St.
Oregon City, OR 97045

9

10

11

<u>Judgment Creditor's Attorney's Name, Address and Telephone Number</u>:     Shelly K. Perkins
10121 SE Sunnyside Rd., Suite 160
Clackamas, OR  97015
Telephone: (503) 683-2256

12

13

14

15

16

<u>Judgment Debtor Name, Address, Date of Birth, Driver's License No.</u>:     Matthew Clarence Stewart
19260 S. Sylvan Ave.
Estacada, OR 97023
DOB year 1976
SSN last four 3110
ODL last four 3605

17

18

19

<u>Judgment Debtor's Attorney's Name, Address and Telephone Number</u>:     Bradford M. Gerke
111 SW Columbia St., Suite 1150
Portland, OR 97201
Telephone: (503) 731-8888

20

<u>Others Entitled to Portion of Judgment</u>:     None

21

<u>Judgment Amounts</u>:     Child Support: $348.00 per month beginning February 1, 2019

22

23

<u>Prejudgment Interest</u>:     None

24

///

25

26

**33**   GENERAL JUDGMENT (Dissolution of Marriage) (Money Judgment) (Stipulated)
Attorney for Petitioner
Shelly K. Perkins, OSB#971687
Perkins Law, LLC
10121 SE Sunnyside Road, Suite 160
Clackamas, OR  97015
Phone: (503) 683-2256  Fax: (503) 850-4014
shelly@perklegal.com

Periodic Accrual: Child support award payable by Father to Mother in the amount of $348.00 per month in child support accrues beginning February 1, 2019, and continues monthly thereafter until the children cease to qualify as a "children attending school" as defined in ORS 107.108. or attains the age of eighteen (18) years, whichever should last occur.

Signed: 8/19/2019 04:28 PM

**Circuit Court Judge Jeffrey S. Jones**

Submitted by:

Shelly K. Perkins, OSB #971687
Attorney for Petitioner

July 30, 2019

Approved as to form:

Bradford M. Gerke, OSB #033220
Attorney for Respondent

**GENERAL JUDGMENT (Dissolution of Marriage) (Money Judgment) (Stipulated)**
Attorney for Petitioner
Shelly K. Perkins, OSB#971687
Perkins Law, LLC
10121 SE Sunnyside Road, Suite 160
Clackamas, OR 97015
Phone: (503) 683-2256  Fax: (503) 850-4014
shelly@perklegal.com

34

State of **Oregon** )
                   ) ss.
County of **Clackamas** )

### STIPULATION, AFFIDAVIT, AGREEMENT

All parties acknowledge that there are no time pressures for the signing of this General Judgment, and that each undersigned has had the full opportunity to take the time, prior to execution of this General Judgment, to consult with an attorney. Each party is signing this General Judgment of his or her own free will, and without any pressure or coercion from any party or an attorney. I sign this stipulated judgment on my own volition, with full knowledge of the facts, and with full information as to my legal rights and liabilities. In some instances, the terms of this General judgment represent a compromise of disputed issues. However, I believe the terms and conditions to be fair and reasonable under the circumstances. I have read the stipulated general judgment and agree it accurately reflects my agreement.

_____
Brittany Kathleen Stewart, Petitioner

Personally appeared before me the within named Petitioner, Brittany Kathleen Stewart, and under penalty of perjury did swear or affirm the foregoing is true and correct to the best of her knowledge and belief and acknowledged this instrument to be her voluntary act and deed this **30** day of **JUN**_____, 2019.

_____
Notary Public for Oregon

OFFICIAL STAMP
**KIRA WEINOE**
NOTARY PUBLIC-OREGON
COMMISSION NO. 967428
MY COMMISSION EXPIRES OCTOBER 05, 2021

35
**GENERAL JUDGMENT (Dissolution of Marriage) (Money Judgment) (Stipulated)**
Attorney for Petitioner
Shelly K. Perkins, OSB#971687
Perkins Law, LLC
10121 SE Sunnyside Road, Suite 160
Clackamas, OR  97015
Phone: (503) 683-2256  Fax: (503) 850-4014
shelly@perklegal.com

State of _Oregon_        )
                         ) ss.
County of _multnomah_ )

### STIPULATION, AFFIDAVIT, AGREEMENT

All parties acknowledge that there are no time pressures for the signing of this General Judgment, and that each undersigned has had the full opportunity to take the time, prior to execution of this General Judgment, to consult with an attorney. Each party is signing this General Judgment of his or her own free will, and without any pressure or coercion from any party or an attorney. I sign this stipulated judgment on my own volition, with full knowledge of the facts, and with full information as to my legal rights and liabilities. In some instances, the terms of this General judgment represent a compromise of disputed issues.   However, I believe the terms and conditions to be fair and reasonable under the circumstances. I have read the stipulated general judgment and agree it accurately reflects my agreement.

_____
Mathew Clarence Stewart, Respondent

Personally appeared before me the within named Respondent, Mathew Clarence Stewart, and under penalty of perjury did swear or affirm the foregoing is true and correct to the best of his knowledge and belief and acknowledged this instrument to be his voluntary act and deed this 10th day of _june_, 2019.



Notary Public for Oregon

OFFICIAL STAMP
BRITTANY BERNICE JESEK
NOTARY PUBLIC-OREGON
COMMISSION NO. 959510
MY COMMISSION EXPIRES FEBRUARY 21, 2021

GENERAL JUDGMENT (Dissolution of Marriage) (Money Judgment) (Stipulated)
Attorney for Petitioner
Shelly K. Perkins, OSB#971687
Perkins Law, LLC
10121 SE Sunnyside Road, Suite 160
Clackamas, OR 97015
Phone: (503) 683-2256  Fax: (503) 850-4014
shelly@perklegal.com

**CERTIFICATE OF READINESS PURSUANT TO UTCR 5.100**

This proposed order or judgment is ready for judicial signature because:

1. ☒    Each opposing party affected by this order or judgment has stipulated to the order or judgment, as shown by each opposing party's signature on the document being submitted.

2. ☒    Each opposing party affected by this order or judgment has approved the order or judgment, as shown by signature on the document being submitted or by written confirmation of approval sent to me.

3. ☐    I have served a copy of this order or judgment on all parties entitled to service and:
   a. ☐    no objection has been served on me.
   b. ☐    I received objections that I could not resolve with the opposing party despite reasonable efforts to do so. I have filed a copy of the objections I received and indicated which objections remain unresolved.
   c. ☐    After conferring about objections, _____ agreed to independently file any remaining objections.

4. ☐    The relief sought is against an opposing party who has been found in default.

5. ☐    An order of default is being requested with this proposed judgment.

6. ☐    Service is not required pursuant to subsection (3) of this rule, or by statute, rule, or otherwise.

7. ☐    This is a proposed judgment that includes an award of punitive damages and notice has been served on the Director of Crime Victims' Assistance Section as required by subsection (4) of this rule.

Dated this __30__ day of __July__, 2019.

_033815_

Shelly K. Perkins, OSB #971687
Attorneys for Petitioner

---

**37**  **GENERAL JUDGMENT (Dissolution of Marriage) (Money Judgment) (Stipulated)**
Attorney for Petitioner
Shelly K. Perkins, OSB#971687
Perkins Law, LLC
10121 SE Sunnyside Road, Suite 160
Clackamas, OR 97015
Phone: (503) 683-2256  Fax: (503) 850-4014
shelly@perklegal.com