# STATE OF OREGON
## CERTIFICATION OF VITAL RECORD

**OREGON HEALTH AUTHORITY**
**CENTER FOR HEALTH STATISTICS**
### CERTIFICATE OF DEATH

| I.D. TAG NO. | | STATE FILE NUMBER |
|---|---|---|
| 1106111 | | 136-2024-015722 |



| Legal Name | First: Matthew | Middle: Clarence | Last: Stewart | Suffix | Death Date: May 15, 2024 |
|---|---|---|---|---|---|
| Sex: Male | Age: 48 years | Social Security Number: [REDACTED] | | | County of Death: Multnomah |
| Birthdate: [REDACTED] | Birthplace: Portland, Oregon | | | | Was Decedent Ever in U.S. Armed Forces? No |
| Residence: 19379 Meyers Road | | | City/Town: Oregon City | | |
| Residence County: Clackamas | State or Foreign Country: Oregon | | Zip Code + 4: 97045 | | Inside City Limits? Yes |
| Marital Status at Time of Death: Divorced | Spouse's Name Prior to First Marriage: | | | | |
| Father's Name: Robert Preston Stewart Jr | | | Mother's Name Prior to First Marriage: Susan Marie England | | |
| Informant's Name: Thomas Stewart | Telephone Number: Not Available | Relationship to Decedent: Brother | Mailing Address: 3216 SE 84th Avenue, Portland, OR 97266 | | |
| Place of Death: Hospital-Inpatient | | Facility Name: Legacy Emanuel Medical Center | | | |
| Location of Death: 2801 N Gantenbein Avenue | | City/Town or Location of Death: Portland | | State: Oregon | Zip Code + 4: 97227 |
| Method of Disposition: Cremation | Place of Disposition: Portland Cremation Center, LLC | | | Location (City/Town and State): Portland, Oregon | |
| Name and Complete Address of Funeral Facility: Affordable Funeral Alternatives | | | 135 NW 1st Avenue 2, Gresham, Oregon 97030 | | |
| Date of Disposition: TBD | Funeral Director's Signature: *John C. Gerbish* (Electronically Signed) | | | OR License Number: CO-3139 | |
| Registrar's Signature: *Jennifer A. Woodward* | | Date Received: May 22, 2024 | | Local File Number | |
| Amendment: | | | | | |

TO BE COMPLETED BY FUNERAL FACILITY

45-2CCS (01/06)

*20240537008*




I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL CERTIFICATE ON FILE OR THE VITAL RECORDS FACTS ON FILE IN THE OREGON CENTER FOR HEALTH STATISTICS.

DATE ISSUED: May 28, 2024

*Jennifer A. Woodward*
JENNIFER A. WOODWARD, Ph.D.
STATE REGISTRAR

THIS COPY IS NOT VALID WITHOUT INTAGLIO STATE SEAL AND BORDER.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE