IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF CLACKAMAS
Probate Department

In the Matter of the Estate of

Matthew Clarence Stewart,

Deceased

**LETTERS OF ADMINISTRATION**

Case No. **24PB04447**

STATE OF OREGON )
)ss.
County of Clackamas )

## BY THESE LETTERS OF ADMINISTRATION BE INFORMED:

This certifies that Brittany K Anstine has been appointed and is at the date hereof the duly appointed, qualified and acting personal representative of the estate of Matthew Clarence Stewart, deceased. That no will of the decedent has been proved in this court. This, therefore authorizes the fiduciary to administer the estate of said deceased according to law.

IN TESTIMONY WHEREOF I have subscribed my name and affixed the seal of said court at my office May 21, 2024.

Clackamas County Court Administrator

By _____

**Probate Clerk – Christine Poole**

STATE OF OREGON )
)ss.
County of Clackamas )

I, Clackamas Court Administrator for the Circuit Court, County of Clackamas, State of Oregon, do hereby certify that the foregoing copy of Letters of Administration has been by me compared with the original, and that it is a correct transcript therefrom, and the whole of such original as the same appears on file and of record in my office and in my care and custody.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of the Circuit Court this ____ day of _____, 20__

Clackamas County Court Administrator

By _____
Deputy

SEAL