Sally S. Kim (OSB # 122253)
sallykim@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5147
Facsimile: (206) 689-2822

*Attorneys for Plaintiff/Stakeholder*
*Principal Life Insurance Company*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON
# PORTLAND DIVISION

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY,<br><br>    Plaintiff/Stakeholder,<br><br>v.<br><br>THE ESTATE OF MATTHEW CLARENCE STEWART, MAKAYLA STEWART, PRESTON STEWART, and BRITTANY KATHLEEN ANSTINE,<br><br>    Defendants/Claimants. | Case No. 3:24-cv-01615-YY<br><br>**STIPULATED MOTION TO EXTEND DEADLINE TO FILE PROPOSED STIPULATED ORDER** |

## I.    LR 7.1 CERTIFICATION

Pursuant to LR 7.1, counsel for Plaintiff Principal Life Insurance Company and Defendants the Estate of Matthew Clarence Stewart, Makayla Stewart, Preston Stewart, and Brittany Kathleen Anstine (collectively, the "Parties") have conferred and agree to stipulate to this motion.

STIPULATED MOTION TO EXTEND DEADLINE TO FILE PROPOSED STIPULATED ORDER
Page 1 of 3
Case No. 3:24-cv-01615-YY

**Gordon Rees Scully Mansukhani,** LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

## II.    STIPULATED MOTION

Telephonic Status Conference was held on March 25, 2025, after which the Court ordered that a proposed stipulated order to settle the case be submitted within 30 days. Dkt.14. The Parties have been working cooperatively to draft the proposed stipulated order but need additional time to complete the same.

Under Federal Rule of Civil Procedure 6(b), the Court may extend the time within which an act may or must be done. The Parties respectfully request that the deadline to file the proposed stipulated order be extended an additional 30 days from the date that this Stipulated Motion is granted.

Respectfully submitted this 24th day of April, 2024.

        GORDON REES SCULLY MANSUKHANI, LLP

By: *s/Sally S. Kim*
    Sally S. Kim, OSB #122253
*Attorneys for Plaintiff/Stakeholder*
*Principal Life Insurance Company*
GORDON REES SCULLY MANSUKHANI, LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5147
Email: sallykim@grsm.com

WILLAMETTE LAW GROUP, PC

By: *s/Jess A. Buss*
    Jesse A. Buss, OSB #122919
*Attorney for Defendants/Claimants Estate of*
*Matthew Clarence Stewart*
*and Brittany Kathleen Anstine*
WILLAMETTE LAW GROUP, PC
411 Fifth Street
Oregon City OR 97045-2224

STIPULATED MOTION TO EXTEND DEADLINE TO FILE PROPOSED STIPULATED ORDER
Page 2 of 3
Case No. 3:24-cv-01615-YY

**Gordon Rees Scully Mansukhani,** LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

Phone: (503) 656-4884
Email: jesse@WLGpnw.com

RUDOLPH & EDGEL LLP

By: *s/Jacob M. Lingo*
    Jacob M. Lingo, OSB #094239
*Attorney for Defendants/Claimants*
*Preston Stewart and Makayla Stewart*
RUDOLPH & EDGEL LLP
17040 Pilkington Road, Suite 310
Lake Oswego, OR 97035
Phone: (503) 248-9535
Email: jake@rudolphedgel.com

STIPULATED MOTION TO EXTEND DEADLINE TO FILE PROPOSED STIPULATED ORDER
Page 3 of 3
Case No. 3:24-cv-01615-YY

**Gordon Rees Scully Mansukhani,** LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822